IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY F HARRISON**                                                                                       **PLAINTIFF**

V.                                       **CASE NO. 4:21-CV-00076-LPR**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED and REMANDED for further review. Judgment will be entered in favor of Plaintiff.

IT IS SO ORDERED this 22nd day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE